RECEIVED
IN LAKE CHARLES, LA.

JUL 22 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DARWIN GAUTHIER | CIVIL ACTION NO. 2:09-CV-00572 |
| VS. | JUDGE PATRICIA MINALDI |
| WARDEN, ALLEN CORRECTIONAL CENTER | MAGISTRATE JUDGE KATHLEEN KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. 24] and after an independent review of the record, a *de novo* determination of the issues, consideration of the objections filed herein, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

Lake Charles, Louisiana, on this 22 day of July, 2013.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE